

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

June 29, 2018

Mr. Scott S. Hershman
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219-4241
* DELIVERED VIA E-MAIL *

Ms. Deborah G. Hankinson
Hankinson LLP
750 N. St. Paul Street, Suite 1800
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Mr. Robert Mark Millimet
Brewer, Attorneys & Counselors
1717 Main Street, Suite 5900
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

RE:  Case Number:  16-0770
     Court of Appeals Number:  05-15-00580-CV
     Trial Court Number:  DF-15-00596

Style:  IN THE MATTER OF THE MARRIAGE OF I.C. AND Q.C. AND IN THE INTEREST
        OF S.C. AND K.C., CHILDREN

Dear Counsel:

Today the Supreme Court of Texas issued an opinions and judgment in the above-referenced cause. You may obtain a copy of the opinions and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

cc:     District Clerk Dallas County (DELIVERED VIA E-MAIL)
        Mr. Bruce E. Bagelman (DELIVERED VIA E-MAIL)
        Ms. Lisa Matz (DELIVERED VIA E-MAIL)
        Mr. William Richard (Rick) Thompson II (DELIVERED VIA E-MAIL)
        Mr. Craig T. Enoch (DELIVERED VIA E-MAIL)
        Ms. Shelby L. O'Brien (DELIVERED VIA E-MAIL)
        Mr. William A. Brewer III (DELIVERED VIA E-MAIL)
        Mr. Jan Michal Zapendowski (DELIVERED VIA E-MAIL)
        Mr. Lawrence Lee Budner (DELIVERED VIA E-MAIL)